# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Deborah Laufer

                Plaintiff,

v.                                             Case No.: 1:20−cv−03964

                                                              Honorable Virginia M. Kendall

Gajanand Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Teleconference Status hearing held on 11/13/2020. Plaintiff's Motion for Default Judgment [16] is granted. Plaintiff shall provide a proposed Order for the Court to review. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.