UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** :<br>:<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**ARYA INFO TECH., INC. d/b/a RELAX INN** :<br>**STREATOR, an Illinois Corporation,** :<br>:<br>**Defendant.** :<br>_____/ | Case No. 1:20-cv-03964<br>Honorable Virginia M. Kendall |

**FINAL JUDGMENT ORDER AND ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS, EXPERT FEES AND LITIGATION EXPENSES WITH MEMORANDUM OF LAW IN SUPPORT**

THIS CAUSE came before the Court on Plaintiff's Motion for Motion for Entry of Judgment After Default and Verified Application for Attorney Fees' Costs, Expert Fees and Litigation Expenses, DE 16, and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Motion for Entry of Judgment After Default and Verified Application for Attorney Fees' Costs, Expert Fees and Litigation Expenses is GRANTED;

2. Plaintiff is entitled to her attorney fees, costs, litigation expenses and expert fees in the amount of $3,950.

Date: November 13, 2020

_____
VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE